01
02
03
04
05
06                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE

08  UNITED STATES OF AMERICA,            )
                                         ) CASE NO. CR06-218-TSZ
09          Plaintiff,                   )
                                         )
10       v.                              )
                                         ) SUMMARY REPORT OF U.S.
11  BRANDON LEE DORAN,                   ) MAGISTRATE JUDGE AS TO
                                         ) ALLEGED VIOLATIONS
12          Defendant.                   ) OF SUPERVISED RELEASE
                                         )
13

14      An initial hearing on supervised release revocation in this case was scheduled before me

15 on September 21, 2012.  The United States was represented by AUSA Patty Lally and the

16 defendant by Kyana Stephens.   The proceedings were digitally recorded.

17      Defendant had been sentenced in the District of Hawaii on or about August 18, 2005 by

18 the Honorable Helen Gillmor on charges of Possession with Intent to Distribute 50 Grams or

19 More of Methamphetamine and Possession with Intent to Distribute Marijuana, and sentenced

20 to 37 months custody, five years supervised release (Case No. CR04-00407 HG.)   Jurisdiction

21 was transferred to this Court on June 28, 2006. (Dkt. 1.)

22      In an application dated March 22, 2011 (Dkt.3), U.S. Probation Officer Jennifer J. Tien

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

alleged the following violations of the conditions of supervised release:

1. Failing to notify the probation officer 10 days prior to a change in residence, in violation of standard condition number 6.

2. Failing to notify the probation officer within 72 hours of his May 25, 2008 arrest by Canadian law enforcement officers, in violation of standard condition number 11.

3. Failing to notify the probation officer within 72 hours of his October 28, 2008 arrest by Canadian law enforcement officers, in violation of standard condition number 11.

4. Failing to notify the probation officer within 72 hours of his June 5, 2010 arrest by a law enforcement officer, in violation of standard condition number 11.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Zilly.

Pending a final determination by the Court, defendant has been detained.

DATED this 21st day of September, 2012.

Mary Alice Theiler
United States Magistrate Judge

cc:	District Judge:		Honorable Thomas S. Zilly
	AUSA:			Patty Lally
	Defendant's attorney:	Kyana Stephens
	Probation officer:	Jennifer J. Tien

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3